IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID WIDENER                                                                                          PLAINTIFF

VS.                                              CASE NO. 13-CV-1094

LINCOLN FINANCIAL GROUP                                                            DEFENDANTS

# ORDER

Before the Court is Plaintiff's Motion to Dismiss.  (ECF No. 23).  Plaintiff requests that the above-styled cause of action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 1st day of March, 2016.

                                         /s/ Susan O. Hickey
                                         Susan O. Hickey
                                         United States District Judge